STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ISADORE EISENSTEIN, DEFENDANT-APPELLANT.

Argued May 5, 1952—Decided May 12, 1952.

*Mr. John E. Toolan* argued the cause for the appellant (*Messrs. Toolan, Haney & Romond,* attorneys).

*Mr. Edward Gaulkin* argued the cause for the respondent (*Mr. C. William Caruso,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Jacobs in the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING and BRENNAN—6.

*For reversal*—None.